UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALFREDO MERCADO GUILLEN,                                          18 CV 04544 (ALC)(DCF)

                      Plaintiff,

   -against-

CELL TECH 689, INC., EXPRESS WIRELESS
1796, INC., RAPID WIRELESS 1283, INC.,
QUICK CELLULAR, INC., and AKASH KHAN,

                      Defendants.
-----------------------------------------------------------------X

MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE

      Plaintiff, Alfredo Mercado Guillen, by and through his counsel of record, moves this Honorable Court for an Order:

1. Approving the settlement of this action;

2. Retaining enforcement jurisdiction to ensure the parties' compliance with the terms and conditions of the Settlement Agreement And Release; and

3. Dismissing this action with prejudice.

      This motion is based on the memorandum in support and the fully executed settlement agreement.

Dated: Massapequa, New York
       March 27, 2019

                          Respectfully submitted by,
                          Neil H. Greenberg & Associates, P.C.
                                  /s/
                          By: Justin M. Reilly, Esq.
                          Attorneys for Plaintiff
                          4242 Merrick Road
                          Massapequa, New York 11758
                          (516) 228-5100