USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALFREDO MERCADO GUILLEN,

                Plaintiff,

-against-

CELL TECH 689, INC., EXPRESS WIRELESS
1796, INC., RAPID WIRELESS 1283, INC.,
QUICK CELLULAR, INC., and AKASH KHAN,

                Defendants.
-------------------------------------------------------------X

Case No.: 1:18-cv-4544 (ALC) (DCF)

**STIPULATION OF DISMISSAL**

**IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

**IT IS FURTHER STIPUATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that the Court shall retain enforcement jurisdiction over this matter for the purpose of ensuring the Parties' compliance with the terms and conditions of the Settlement of this action.

Dated: Massapequa, New York
March 27, 2019

Neil H. Greenberg & Associates, P.C.

By: _____
    Justin M. Reilly, Esq.
Attorneys for Plaintiff
4242 Merrick Road
Massapequa, New York 11758
(516) 228-5100

Dated: Lake Success, New York
March 27, 2019

Milman Labuda Law Group PLLC

By: _____
    Emanuel Kataev, Esq.
Attorneys for Defendants
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899

SO ORDERED:

_____
U.S.D.J.

10/3/19